UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

---

PATRICIA ANN CONN,

          Plaintiff,

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No.: 2:21-cv-00459-CL

**ORDER**

---

Before the Court is the Motion of Petitioner for award of attorney's fees pursuant to the Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the contingency fee agreement between Plaintiff and Petitioner.

**IT IS HEREBY ORDERED** that attorney fees in the total amount of Sixteen Thousand Nine Hundred Nine Dollars and Forty-Eight Cents ($16,909.48) pursuant to the Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1) be paid. Upon receipt of payment, Plaintiff's counsel shall refund the EAJA fee received in this matter to Plaintiff.

Whether the check is made payable to Plaintiff or to Olinsky Law Group, the check shall be mailed to Olinsky Law Group at the following address:

250 S. Clinton St.

Suite 210

Syracuse, NY 13202

**IT IS SO ORDERED** and **DATED** this <u>1st</u> of August, 2023.

<u>*Mark D. Clarke*</u>
MARK D. CLARKE
United States Magistrate Judge

[Proposed Order proffer: Edward A. Wicklund; copy to Edmund Darcher]